FILED
SEP 25 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR CASILLAS VILLASENOR,<br><br>                                  Petitioner<br>vs.<br><br>EDWARD S. ALAMEDA, JR., Director<br><br>                                Respondent. | CASE NO. 02CV2543-BEN (RBB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION DENYING PETITION FOR A WRIT OF HABEAS CORPUS** |

       Petitioner Hector Casillas Villasenor ("Petitioner"), through counsel, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 ("Petition"). In the Petition, he challenges his state court convictions for rape, conspiracy to commit rape in concert, and using a firearm during the commission of those crimes. The matter was fully briefed for a decision. The Honorable United States Magistrate Judge Ruben B. Brooks then issued a Report and Recommendation ("Report"), recommending the Petition be denied. Petitioner had until September 1, 2006 to file objections to the Report. To date, Petitioner has not filed any objections. Nor has he requested additional time to do so.

///
///
///
///
///

1 |     Pursuant to 28 U.S.C. § 636 (b)(1)(C), the Court has reviewed the Report. Good cause appearing, the Court concurs with and adopts the Report. Accordingly, the Petition is **DENIED** in its entirety. The Clerk shall close the file.

**SO ORDERED.**

DATED: 9/25/06

*/s/ Roger T. Benitez/*
ROGER T. BENITEZ
United States District Judge

cc: All parties and respective counsel