# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Hector Casillas Villasenor

V.

Edward S. Alameida, Jr.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   02cv2543-BEN(RBB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The court adopts the report and recommendation and denying petition for a writ of habeas corpus. The Clerk shall close the file............................................................................................................................

| September 28, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ R. Rhone |
| | (By) Deputy Clerk |
| | ENTERED ON September 28, 2006 |

02cv2543-BEN(RBB)